Opinion issued January 10, 2008

 

 

 

 

 

 

 

 

In The

Court
of Appeals

For The

First
District of Texas

____________

 

NO. 01-07-01020-CV

____________

 

IN RE JESUS (JAY) MONTALVO, Relator

 



 

Original Proceeding on Petition for
Writ of Mandamus

 



 

MEMORANDUM OPINION

Relator, Jesus Montalvo, has filed a
petition for writ of mandamus complaining of Judge Warne=s[1]
order denying relator=s motion for partial summary judgment. 

We deny
the petition for writ of mandamus.

                                                   PER
CURIAM

Panel consists of Chief
Justice Radack and Justices Alcala and Bland.

 









[1]           The Honorable Doug Warne, judge of
the 311th District Court of Harris County, Texas.  The underlying lawsuit is
In the Interest of Mitchell J. Montalvo, a minor, Mack J. Travers, Intervenor,
trial court cause no. 1998-04950.